UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| LEE ERIC COLLINS<br>DIANA MICHELLE COLLINS<br><br>Debtor(s) | Case No. 09-09858-PHX CGC<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment. Payment returned to trustee due to USPS delivery attempted – not know and unable to forward - no forwarding address filed.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2004 | 09/29/2010 | Kristen Farrar<br>9344 E Kiva Ave<br>Mesa, AZ 85209 | $601.97 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $601.97 to the Clerk of the Court to be deposited in the Registry thereof.

| December 9, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |